IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

HDI GLOBAL INSURANCE COMPANY,

Plaintiff,

vs.

HUB GROUP, INC., and UNION PACIFIC
RAILROAD COMPANY,

Defendants.

**8:25CV320**

**ORDER ON STIPULATION OF
DISMISSAL**

This case is before the Court on the parties' Stipulation of Dismissal signed by counsel for all parties. Filing 32. The parties stipulate to dismissal of this case and all claims, crossclaims, and/or counterclaims asserted in it with prejudice, with each party to bear its own costs. Filing 32 at 1. Accordingly,

IT IS ORDERED that the parties' Joint Stipulation of Dismissal, Filing 32, is accepted, and this case is dismissed with prejudice, with each party to bear its own costs.

Dated this 2nd day of February, 2026.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge